# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 503 EAL 2014

           Respondent      : 

                              :   Petition for Allowance of Appeal from the
                              :   Order of the Superior Court
           v.                    : 

                              : 

                              : 

ALEXANDER TOWNSEND,            : 

                              : 

           Petitioner        : 

## ORDER

**PER CURIAM**

     **AND NOW**, this 29th day of April, 2015, the Petition for Allowance of Appeal is **DENIED**.